IN THE SUPREME COURT OF NORTH CAROLINA

No. 146A18

Filed 26 October 2018

STATE OF NORTH CAROLINA

v.

KURT DEION FREDERICK


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 814 S.E.2d 855 (2018), affirming an order entered on 7 June 2016 by Judge W. Osmond Smith, III in Superior Court, Wake County. Heard in the Supreme Court on 1 October 2018.

*Joshua H. Stein, Attorney General, by J. Aldean Webster III, Assistant Attorney General, for the State.*

*Glenn Gerding, Appellate Defender, and Amanda S. Hitchcock, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.


AFFIRMED.